Francis A. FAHEY and Josephine Fahey, as Administrators of the Estate of Eileen Fahey, Deceased, Plaintiffs-Appellants,

v.

UNITED STATES of America, Defendant-Appellee.

No. 140, Docket 23247.

United States Court of Appeals, Second Circuit.

Submitted Feb. 9, 1955

Decided Feb. 11, 1955.

Paul O'Dwyer (of O'Dwyer, Bernstien & Preusse), New York City, for plaintiffs-appellants.

Robert K. Ruskin, Asst. U. S. Atty., New York City (J. Edward Lumbard, U. S. Atty., New York City, on the brief), for defendant-appellee.

Before CLARK, Chief Judge, HINCKS, Circuit Judge, and SMITH, District Judge.

PER CURIAM.

Reversed. Panella v. United States, 2 Cir., 216 F.2d 622.

---

Cyrus E. PECK, William L. Paul, Fred Harris, Eugene Johnson and Mike Prokof, Appellants,

v.

UNITED STATES of America, Appellee.

No. 13847.

United States Court of Appeals, Ninth Circuit.

Feb. 23, 1955.

William L. Paul, Jr., Juneau, Alaska, L. Frederick Paul, Seattle, Wash., for appellants.

T. E. Munson, U. S. Atty., Juneau, Alaska, for appellee.

Before MATHEWS, HEALY and BONE, Circuit Judges.

PER CURIAM.

On the grounds and for the reasons stated in its opinion, United States v. Peck, D.C.Alaska, 108 F.Supp. 625, the judgment of the District Court is affirmed.